

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 10, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| In re: | § | |
| | § | **Case No. 26-32779-SGJ11** |
| **727 LOFTS BEST LIVING, LLC** | § | **(Jointly Administered)** |
| | § | |
| Debtor. | § | **Chapter 11** |
| In re: | § | |
| | § | **Case No. 26-32780-SGJ11** |
| **727 LOFTS HOLDINGS, LLC** | § | **(Jointly Administered)** |
| | § | |
| Debtor. | § | **Chapter 11** |
| In re: | § | |
| | § | **Case No. 26-32804-SGJ11** |
| **REMINGTON RANCH'S BEST LIVING, LLC** | § | |
| | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| In re: | § | |
| | § | **Case No. 26-32920-SGJ11** |
| **LOFTS AT NORTH PENN BEST LIVING, LLC** | § | |
| | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

| In re: | § | |
|---|---|---|
| | § | **Case No. 26-32922-SGJ11** |
| **A-V VILLAGE CREEK OWNER, LLC** | § | |
| | § | |
| | § | |
| **Debtor.** | § | **Chapter 11** |

| In re: | § | |
|---|---|---|
| | § | **Case No. 26-33093-SGJ11** |
| **BARCELONA BEST LIVING, LLC** | § | |
| | § | |
| **Debtor.** | § | **Chapter 11** |

| In re: | § | |
|---|---|---|
| | § | **Case No. 26-33110-SGJ11** |
| **LOUIS INVESTMENTS, LLC** | § | |
| | § | |
| **Debtor.** | § | **Chapter 11** |

| In re: | § | |
|---|---|---|
| | § | **Case No. 26-33167-SGJ11** |
| **WOODLAND MANOR BEST LIVING, LLC** | § | **(Jointly Administered)** |
| | § | |
| | § | |
| **Debtor.** | § | **Chapter 11** |

| In re: | § | |
|---|---|---|
| | § | **Case No. 26-33168-SGJ11** |
| **WOODLAND MANOR TIC 1, LLC** | § | **(Jointly Administered)** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

| In re: | § | |
|---|---|---|
| | § | **Case No. 26-33177-SGJ11** |
| **RIDGE BEST LIVING, LLC** | § | |
| | § | |
| **Debtor.** | § | **Chapter 11** |

## ORDER SETTING STATUS CONFERENCE IN ALL OF THE ABOVE, RELATED CASES

On August 10, 2026, the court held a status conference in the above-captioned cases (the "Second Status Conference"). At the Second Status Conference, the court determined that a third status conference needed to be held to address various matters (the "Third Status Conference").

The Third Status Conference will be held on Monday, August 17, 2026, at 9:30 AM CT. It will be held in a hybrid format. Parties may attend in person at 1100 Commerce Street, 14th

Floor, Courtroom 1, Dallas, Texas or may attend remotely at the following link: https://us-courts.webex.com/meet/jerniga.

It is, therefore,

**ORDERED** that the Third Status Conference will be held in all of the above-captioned cases on Monday, August 17, 2026, at 9:30 AM central time.

### ### END OF ORDER ###