Joyce W. Lindauer
State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **727 LOFTS BEST LIVING, LLC** | § | **CASE NO. 26-32779-sgj-11** |
| | § | |
| **727 LOFTS HOLDINGS, LLC** | § | **CASE NO. 26-32780-sgj-11** |
| | § | |
| **REMINGTON RANCH'S BEST LIVING, LLC** | § § § | **CASE NO. 26-32804-sgj-11** |
| **LOFTS AT NORTH PENN BEST LIVING, LLC** | § § § | **CASE NO. 26-32920-sgj-11** |
| **A-V VILLAGE CREEK OWNER, LLC** | § § | **CASE NO. 26-32922-sgj-11** |
| **BARCELONA BEST LIVING, LLC** | § § | **CASE NO. 26-33093-sgj-11** |
| **LOUIS INVESTMENTS, LLC** | § § | **CASE NO. 26-33110-sgj-11** |
| **WOODLAND MANOR BEST LIVING, LLC** | § § § | **CASE NO. 33167-sgj-11** |
| **WOODLAND MANOR TIC 1, LLC** | § § | **CASE NO. 33168-sgj-11** |
| **RIDGE BEST LIVING, LLC** | § | **CASE NO. 26-33177-sgj-11** |

**Debtors.**

**<u>DEBTORS' RESPONSE TO ORDER TO APPEAR AND SHOW CAUSE WHY VENUE OF ALL ABOVE CASES SHOULD NOT BE TRANSFERRED TO THE WESTERN DISTRICT OF OKLAHOMA</u>**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

**COME NOW** 727 Lofts Best Living, LLC; 727 Lofts Holdings; LLC; Remington Ranch's Best Living, LLC; Lofts at North Penn Best Living, LLC; A-V Village Creek Owner, LLC; Barcelona Best Living, LLC; Louis Investments, LLC; Woodland Manor Best Living, LLC; Woodland Manor TIC 1, LLC; and Ridge Best Living, LLC, the Chapter 11 Debtors in the above-styled and referenced bankruptcy cases (the "Debtors"), and file this their *Debtors' Response to Order to Appear and Show Cause Why Venue of All Above Cases Should Not be Transferred to the Western District of Oklahoma*, and in support thereof would show unto the Court as follows:

1. Debtors do not oppose transfer to the Western District of Oklahoma given the transfer of YSA Investments 1, LLC to the Western District of Oklahoma to eliminate the possibility of inconsistent rulings.

Dated: August 14, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer